
RECEIVED
IN MONROE, LA
JAN 1 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **DEMONE W. CARLINE (D.O.C. # 479174)** | **CIVIL ACTION NO. 05-1349-M** |
| **VS.** | **SECTION P** |
| **MADISON PARISH DETENTION CENTER** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust all available administrative remedies prior to filing suit as mandated by the provisions of 42 U.S.C. §1997e(a).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 17 day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE